It is ORDERED that the petition for certification is denied.

158 A.3d 576

STATE OF NEW JERSEY, PLAINTIFF, v. JOSEPH L. CODY (A/K/A JOSE CODY, JOSIE L. CODY, JOISE CODY, JOSEPH CODY, LEE CODY, JOSIE CODY), DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. VICTOR CODY (A/K/A VICTOR E. CODY, VICTOR M. CODY), DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–5005/5204–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 576

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SHELDON KYLE, DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005454–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.